Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of PENNSYLVANIA

_____ Division

Kareem Milhouse

_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Rowan K. Rajjoub, Andrew M. Edinger, John Does 1, United States

_____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
) Case No. _____
)          *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
)
)  **FILED**
)  **SCRANTON**
)
)  AUG 0 1 2018
)
)  PER _____
)        DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: KAREEM MILHOUSE
All other names by which you have been known: KAREEM HASSAN MILHOUSE
ID Number: 59904066
Current Institution: USP-McCREARY
Address: P.O. BOX 3000
PINE KNOT    KY    42635
City    State    Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: ROWAN K. RASSOUB
Job or Title (if known): MEDICAL DOCTOR
Shield Number: UNK
Employer: CONTRACT EMPLOYEE
Address: UNK
LEWISBURG    PA    17837
City    State    Zip Code
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: ANDREW M. EDINGER
Job or Title (if known): MEDICAL DOCTOR
Shield Number: UNK
Employer: FEDERAL BUREAU OF PRISONS
Address: ROBERT F. MILLER DRIVE
LEWISBURG    PA    17837
City    State    Zip Code
[✓] Individual capacity   [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: JOHN DOE CORPORATION
Job or Title (if known): UNK
Shield Number: UNK
Employer: UNK
Address: UNK
UNK City, UNK State, UNK Zip Code
[ ] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: UNITED STATES OF AMERICA
Job or Title (if known): UNK
Shield Number: UNK
Employer: UNK
Address: UNK
UNK City, UNK State, UNK Zip Code
[ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim) AND "FTCA".

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 5TH, 8TH AND 14TH AMENDMENTS OF UNITED STATES OF AMERICA.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

USP-LEWISBURG, APPROXIMATELY APR. 1 19, 2017.

C. What date and approximate time did the events giving rise to your claim(s) occur?

APPROXIMATELY APRIL 19, 2017.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ON MARCH 8, 2017 PLAINTIFF UNDERWENT BACK SURGERY - FUSION OF L-5. ON APRIL 17, 2017 PLAINTIFF HAD A FOLLOW-UP APPOINTMENT AT WHICH TIME ANOTHER WAS SCHEDULED FOR JULY, 2017. ON APPROXIMATELY APR. 19, 2017 DR'S EDINGER AND RASSOUB CONSPIRED WITH UNKNOWN INDIVIDUALS TO DEPRIVE PLAINTIFF OF ADEQUATE AND APPROPRIATE CARE BY LIFTING HIS MEDICAL HOLD WHICH CAUSED HIM NOT TO HAVE HIS JULY, 2017 APPOINTMENT NOR ANY OTHER WITH A SPECIALIST AND/OR CONSULTANT. PLAINTIFF WAS TRANSFERRED FROM "LEWISBURG" ON APRIL 24, 2017.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. WORSTENING OF "BACK" AND LOWER BODY PAIN, WORSTENING OF NEUROPATHY IN LEFT FOOT. PLAINTIFF DID NOT RECEIVED ANY FOLLOW-UP CARE AFTER SURGERY, NOR WAS ANY POST-OP RECOMMENDATIONS OBSERVED SUCH AS WEARING HIS BACK BRACE NOR PHYSICAL THERAPY. PLAINTIFF HAD A BACK BRACE AT LEWISBURG. ALL CONSULTATIONS WERE DENIED AND PLAINTIFF WAS ASSIGNED "UPPER" BUNKS WITH LOWER BUNK AUTHORIZATION AND FELL 3 TIMES.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. (1) $100,000,000.00 FROM DEFENDANTS RASSOUB AND EDINGER FOR PUNITIVE AND COMPENSATORY DAMAGES FOR A TOTAL OF $400,000,000.00, (2) $200,000,000.00 FROM CORPORATION EMPLOYING RASSOUB DUE TO ITS RESPONSIBILITY TO HAVE COMPETENT MEDICAL STAFF THAT WILL RENDER APPROPRIATE TREATMENT TO PRISONERS AND FOLLOW PROCEDURES; AND (3) $200,000,000.00 FROM UNITED STATES WHO AUTHORIZED, RATIFIED, ACQUIESCED IN AND/OR CONDONED THE POLICY OR CUSTOM OF OR EDINGER BEING DELIBERATELY INDIFFERENT TO PLAINTIFFS RIGHT TO ADEQUATE CARE.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP-LEWISBURG

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

CLAIMS AGAINST DR EDINGER.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   USP-McCREARY

2. What did you claim in your grievance?
   THAT PlAiNtiFF WAS UNAble TO Get his SchEdUled Follow-up AppOiNtmENT DUE TO TRANSFER.

3. What was the result, if any? DENY

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   WARDEN'S REVIEW, REGIONAl REVIEW AND CENTRAl OFFiCE.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   PLAINTIFF DID NOT FILE A GRIEVANCE AGAINST RAJJOUB WHO IS NOT A BoP EMPLOYEE.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   MEDICAL STAFF

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____Ø_____
   Defendant(s) _____Ø_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____Ø_____

3. Docket or index number
   _____Ø_____

4. Name of Judge assigned to your case
   _____Ø_____

5. Approximate date of filing lawsuit
   _____Ø_____

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____Ø_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____Ø_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[✓] Yes

[ ] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) KAREEM HASSAN MILHOUSE

   Defendant(s) JESSICA SAGE, et Al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   MIDDLE DISTRICT OF PENNSYLVANIA

3. Docket or index number

   14-1055

4. Name of Judge assigned to your case

   RAMBO

5. Approximate date of filing lawsuit

   JUNE, 2014

6. Is the case still pending?

   [✓] Yes

   [ ] No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* DISMISSED IN August, 2014 ~~appointment~~ ~~or order~~ FOR 3 STRIKES AND REVERSED ON APPEAL.

   2.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 26, 2018

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Kareem Milhouse
Prison Identification #: 59904066
Prison Address: P.O. Box 3000
Pine Knot, KY 42635

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____ *City, State, Zip Code*
Telephone Number: _____
E-mail Address: _____

Dear Clerk of Court                                July 26, 2018.


Please let me know the status of, Civil Action Nos. 14-1055, 14-1973 and 15-1400. In Addition Please send me -4- Judicial Complaint Forms.




Thank you,

Have a Good Day.

Sincerely,
KH [signature]

Name: Milhouse, K
Reg. No. 59906-066   Unit: SHU
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

RECEIVED
SCRANTON
AUG 01 2018
PER _____
DEPUTY CLERK

* SPECIAL MAIL
* LEGAL MAIL

[Postmark: KNOXVILLE TN, 27 JUL 2018]
[Purple Heart Forever USA stamps x2]

Peter J. Welsh, Clerk
Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue
PO Box 1148
Scranton, PA 18501