IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAREEM HASSAN MILHOUSE, :
    Plaintiff : No. 1:18-cv-1529
:
    v. : (Judge Kane)
:
RODWAN K. RAJJOUB, et al., :
    Defendants :

### ORDER

**AND NOW**, on this 21st day of June 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants Rajjoub and Lycoming Neurosurgical Associates' motion to dismiss (Doc. No. 71) is **GRANTED**. Plaintiff's Bivens claims are **DISMISSED WITH PREJUDICE**. Plaintiff's medical malpractice claims are **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff's motion to withdraw his motion to voluntarily dismiss (Doc. No. 76) is **GRANTED**, and his motion to voluntarily dismiss (Doc. No. 78) is **DEEMED WITHDRAWN**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania